**POLSINELLI LLP**
Adam Daniels (SBN 296466)
ADaniels@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles. CA  90067
Telephone:  310-556-6754
Facsimile:  310-556-1802

**POLSINELLI PC**
John R. Posthumus (*Pro Hac Vice*)
JPosthumus@polsinelli.com
1401 Lawrence Street
Suite 2300, Denver CO 80202
Telephone:  303-572-9300
Facsimile:  303-572-7883

*Attorneys for Plaintiff*
*RE/MAX, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE/MAX, LLC | Case No. 8:23-cv-01714-JVS-ADS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: James V. Selna |
| Donald Abrams d/b/a Abrams Coastal Properties | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff RE/MAX, LLC ("Plaintiff") and Defendant DONALD ABRAMS ("Defendant,"), by and through their respective counsel of record, have agreed in principle to settlement terms that will resolve all claims and defenses currently asserted or that could have been asserted herein. The parties are in the process of completing the conditions precedent to a dismissal of this matter and anticipate executing a mutually agreed written settlement agreement within twenty-one (21) days. The parties will promptly file the requisite dismissal documents with the Court upon execution of a final settlement agreement.  The Parties therefore request that this honorable Court vacate all dates currently set on calendar for the present matter, including, without limitation, Defendant's February 5, 2024 deadline to respond to the Complaint.

Dated:  February 6, 2024.                    Respectfully submitted,

**POLSINELLI LLP**

By:  */s/ Adam P. Daniels*
Adam P. Daniels
John R. Posthumus (Pro Hac Vice)

*Attorneys for Plaintiff,*
*RE/MAX, LLC*

**THE SAFARIAN FIRM, APC**

By:  */s/ Harry A. Safarian*
Harry A. Safarian

*Attorneys for Defendant,*
*Donald Abrams*

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

On February 6, 2024, I served the **Notice of Settlement** on all counsel listed and by the methods indicated below:

I certify that I mailed the foregoing document(s) and the notice of electronic filing by first-class mail as well as email to the following non-CM/ECF participants:

---

*Harry Safarian*
*The Safarian Law Firm*
*3150 Montrose Ave*
*Glendale, California 91214*
*Hs@safarianfirm.com*

---

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2024, at Los Angeles, California.

/s/ *Adam P. Daniels*

_____
**Adam P. Daniels**

NOTICE OF SETTLEMENT